DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

BRYAN MAGIELNICKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2191

————————————————

November 21, 2025

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.